IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES SOCCER FEDERATION FOUNDATION, INC., 1140 Connecticut Ave., NW Suite 1200, Washington, DC 20036,<br><br>                Plaintiff,<br><br>v.<br><br>UNITED STATES SOCCER FEDERATION, INC., 1801 S. Prairie Ave., Chicago, IL 60616,<br><br>                Defendant. | Civil Action No. 1:18-cv-02856-TJK |

**DEFENDANT'S CONSENT MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

      Defendant United States Soccer Federation, Inc. ("Defendant"), pursuant to Federal Rule of Civil Procedure 6(b) and with consent of Plaintiff United States Soccer Federation Foundation, Inc. ("Plaintiff"), by and through its undersigned counsel, hereby moves to extend Defendant's time to answer, move, or otherwise respond to the complaint filed by Plaintiff on December 6, 2018 ("Complaint," ECF No. 1), and in support state as follows:

      1.    Defendant was served with the Summons and Complaint on December 7, 2018. (ECF No. 8)

      2.    Defendant filed a motion for extension of time to answer or otherwise respond on December 21, 2018. (ECF No. 10)

      3.    The above motion was granted on December 21, 2018, making Defendant's answer or other responsive pleading due on or before January 18, 2019.

      4.    The parties are in communication regarding the potential for resolution of this matter.

5. Good cause for the extension exists because the parties require additional time to explore the potential for resolution of this matter.

6. Defendant has conferred with Plaintiff in accordance with LCvR 7(m), and Plaintiff consents to the requested extension.

7. Accordingly, Defendant respectfully requests that the Court enter an order modifying the initial deadline for Defendant's response to the Complaint and extending that deadline to February 18, 2019.

WHEREFORE, for the foregoing reasons, Defendant respectfully requests that this Court enter the attached Proposed Order.

Dated: January 17, 2019						Respectfully submitted,

								CROWELL & MORING, LLP


							By:	/s/ David J Ervin
								David J. Ervin (D.C. Bar #445013)
								DErvin@crowell.com
								Shari Ross Lahlou (D.C. Bar #476630)
								SLahlou@crowell.com
								Crowell & Moring LLP
								1001 Pennsylvania Avenue, NW
								Washington, D.C. 20004
								Tel: (202) 624-2500

								Kent B. Goss (*pro hac vice forthcoming*)
								KGoss@crowell.com
								515 South Flower Street, 40th Floor
								Los Angeles, CA 90071
								Tel: (213) 443-5504

								*Attorneys for Defendant United States Soccer Federation, Inc.*

With the Consent of:

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By:   */s/ Scott E. Lerner*
      Scott E. Lerner (DC Bar # 1024964)
      scottlerner@quinnemanuel.com
      1300 I Street NW, Suite 900
      Washington, D.C. 20005
      Tel: (202) 538-8000
      Fax: (202)538-8100

*Attorneys for Plaintiff United States Soccer Federation Foundation, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 17, 2019 I electronically filed the foregoing document using the Court's CM/ECF system, which sent notification of such filing to all counsel of record.

    */s/ David J. Ervin*
David J. Ervin (D.C. Bar #445013)
DErvin@crowell.com
Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, D.C. 20004
Tel: (202) 624-2500