**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES SOCCER FEDERATION FOUNDATION, INC., 1140 Connecticut Ave., NW Suite 1200, Washington, DC 20036,<br><br>       Plaintiff,<br><br>v.<br><br>UNITED STATES SOCCER FEDERATION, INC., 1801 S. Prairie Ave., Chicago, IL 60616,<br><br>       Defendant. | Civil Action No. 1:18-cv-02856-TJK |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order dated January 18, 2019, granting United States Soccer Federation, Inc.'s ("Defendant") Consent Motion for Extension of Time to Answer, Defendant and United States Soccer Federation Foundation, Inc. ("Plaintiff") (collectively, "the Parties") respectfully submit the following Joint Status Report:

  1.  Representatives of Plaintiff and Defendant and undersigned counsel, met in person in Washington, DC on January 24, 2019 to discuss this matter and explore options for potential resolution. The discussions were substantive and productive.

  2.  The parties intend to continue discussions and will evaluate the options for potential resolution following Defendant's board meeting scheduled to take place February 14-16, 2019, or before then, if Defendant can do so on an earlier date.

  3.  In the event there is mutual interest to continue discussions after February 18, 2019, the Parties may jointly seek an additional extension of time from the Court for Defendant to file its answer or otherwise respond to the complaint in this matter. Otherwise, Defendant will file its responsive pleadings by the current deadline of February 18, 2019.

Dated: February 1, 2019

Respectfully submitted,

CROWELL & MORING, LLP

By: */s/ David J Ervin*
David J. Ervin (D.C. Bar #445013)
DErvin@crowell.com
Shari Ross Lahlou (D.C. Bar #476630)
SLahlou@crowell.com
Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, D.C. 20004
Tel: (202) 624-2500

Kent B. Goss (*pro hac vice forthcoming*)
KGoss@crowell.com
515 South Flower Street, 40th Floor
Los Angeles, CA 90071
Tel: (213) 443-5504

*Attorneys for Defendant United States Soccer Federation, Inc.*


QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: */s/ Scott E. Lerner*
Scott E. Lerner (DC Bar # 1024964)
scottlerner@quinnemanuel.com
1300 I Street NW, Suite 900
Washington, D.C. 20005
Tel: (202) 538-8000
Fax: (202)538-8100

Robert L. Raskopf
robertraskopf@quinnemanuel.com
Todd Anten
toddanten@quinnemanuel.com
Julia M. Beskin
juliabeskin@quinnemanuel.com
51 Madison Avenue, 22nd Floor New York, NY 10010
Tel: (212) 849-7000
Fax: (212) 849-7100

*Attorneys for Plaintiff United States Soccer Federation Foundation, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 1, 2019 I electronically filed the foregoing document using the Court's CM/ECF system, which sent notification of such filing to all counsel of record.

    */s/ David J. Ervin*
David J. Ervin (D.C. Bar #445013)
DErvin@crowell.com
Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, D.C. 20004
Tel: (202) 624-2500