IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES SOCCER FEDERATION FOUNDATION, INC., <br><br> Plaintiff/Counter-Defendant, <br><br> v. <br><br> UNITED STATES SOCCER FEDERATION, INC., <br><br> Defendant/Counter-Plaintiff. | Civil Action No. 1:18-cv-02856-TJK |

## JOINT MOTION FOR A STAY OF PROCEEDINGS FOR THIRTY DAYS

Plaintiff/Counter-Defendant United States Soccer Federation Foundation, Inc. (the "Foundation"), together with Defendant/Counter-Plaintiff United States Soccer Federation Inc. ("U.S. Soccer" and, collectively with the Foundation, the "Parties"), by and through undersigned counsel, respectfully and jointly move this Court to stay these proceedings for thirty (30) days.

1. After conferring in good faith, the Parties have reached a resolution in principle of the issues raised in the Foundation's Complaint [Dkt. 1] and U.S. Soccer's Counterclaims [Dkt. 16]. To allow the Parties to continue their discussions and prepare a final settlement, the Parties jointly request that the Court briefly stay these proceedings for 30 days.

2. There is good cause for the Court to enter a stay of proceedings for 30 days. Given that fact discovery currently is scheduled to close on June 24, 2020 [Dkt. 43], a 30-day stay of proceedings will provide the parties sufficient time to focus their efforts on finalizing a resolution. In addition, a stay will spare the Court and the Parties from devoting further time and resources to the three motions currently pending before the Court, when such motions may no longer need to be resolved. *See* [Dkts. 46, 48 & 51].

3. The Parties further jointly request that: (a) the stay automatically expire 30 days from the Court's entry of its Order granting the stay; and (b) if the stay expires, all deadlines previously ordered by this Court in its most recent Scheduling Order [Dkt. 43] shall automatically be extended by 30 days.

Dated: May 4, 2020

| QUINN EMANUEL URQUHART & SULLIVAN, LLP | CROWELL & MORING LLP |
|---|---|
| By: /s/ Robert L. Raskopf<br>Robert L. Raskopf (admitted *pro hac vice*)<br>Todd Anten (admitted *pro hac vice*)<br>Julia M. Beskin (admitted *pro hac vice*)<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Tel: (212) 849-7000<br>robertraskopf@quinnemanuel.com<br>toddanten@quinnemanuel.com<br>juliabeskin@quinnemanuel.com<br><br>Scott E. Lerner (D.C. Bar #1024964)<br>1300 I Street NW, 9th Floor<br>Washington, D.C. 20005<br>Tel: (202) 538-8000<br>scottlerner@quinnemanuel.com<br><br>*Counsel for Plaintiff/Counter-Defendant United States Soccer Federation Foundation, Inc.* | By: /s/ Kent B. Goss<br>David J. Ervin (D.C. Bar # 445013)<br>1001 Pennsylvania Avenue NW<br>Washington, D.C. 20004<br>Tel: (202) 624-2622<br>DErvin@crowell.com<br><br>Kent B. Goss (admitted *pro hac vice*)<br>515 South Flower Street, 40th Floor<br>Los Angeles, CA 90071<br>Tel: (213) 443-5504<br>KGoss@crowell.com<br><br>Molly A. Jones (admitted *pro hac vice*)<br>3 Embarcadero Center, 26th Floor<br>San Francisco, CA 94111<br>Tel: (415) 986-2800<br>MoJones@crowell.com<br><br>*Counsel for Defendant/Counter-Plaintiff United States Soccer Federation, Inc.* |

2

**<u>CERTIFICATE OF SERVICE</u>**

      I hereby certify that on May 4, 2020, I electronically filed the foregoing document using the Court's CM/ECF system, which sent notification of such filing to all counsel of record.

                                    */s/ Scott E. Lerner*
                                    Scott E. Lerner