IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES SOCCER FEDERATION FOUNDATION, INC.,<br><br>      Plaintiff/Counter-Defendant,<br><br>v.<br><br>UNITED STATES SOCCER FEDERATION, INC.,<br><br>      Defendant/Counter-Plaintiff. | Civil Action No. 1:18-cv-02856-TJK |

## STIPULATION OF VOLUNTARY DISMISSAL

IT IS STIPULATED AND AGREED, by and between Plaintiff/Counter-Defendant United States Soccer Federation Foundation, Inc. and Defendant/Counter-Plaintiff United States Soccer Federation, Inc. that pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, this action, and all claims and counterclaims asserted by the parties against each other therein, are hereby voluntarily dismissed with prejudice.

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: /s/ Robert L. Raskopf
Robert L. Raskopf (admitted *pro hac vice*)
Todd Anten (admitted *pro hac vice*)
Julia M. Beskin (admitted *pro hac vice*)
51 Madison Avenue, 22nd Floor
New York, NY 10010
Tel: (212) 849-7000
robertraskopf@quinnemanuel.com
toddanten@quinnemanuel.com
juliabeskin@quinnemanuel.com

Scott E. Lerner (D.C. Bar #1024964)
1300 I Street NW, 9th Floor
Washington, D.C. 20005
Tel: (202) 538-8000
scottlerner@quinnemanuel.com

*Counsel for Plaintiff/Counter-Defendant United States Soccer Federation Foundation, Inc.*

CROWELL & MORING LLP

By: /s/ Kent B. Goss
David J. Ervin (D.C. Bar # 445013)
1001 Pennsylvania Avenue NW
Washington, D.C. 20004
Tel: (202) 624-2622
DErvin@crowell.com

Kent B. Goss (admitted *pro hac vice*)
515 South Flower Street, 40th Floor
Los Angeles, CA 90071
Tel: (213) 443-5504
KGoss@crowell.com

Molly A. Jones (admitted *pro hac vice*)
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
Tel: (415) 986-2800
MoJones@crowell.com

*Counsel for Defendant/Counter-Plaintiff United States Soccer Federation, Inc.*